**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Matter of the Care and Treatment of Bernard Grooms, Appellant.

Appellate Case No. 2013-001626

———————

Appeal From Richland County
Diane Schafer Goodstein, Circuit Court Judge

———————

Unpublished Opinion No. 2015-UP-108
Submitted January 1, 2015 – Filed March 4, 2015

———————

**APPEAL DISMISSED**

———————

Appellate Defender LaNelle Cantey DuRant, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).[1] Counsel's motion to be relieved is granted.[2]

**APPEAL DISMISSED.**

**HUFF, SHORT, and KONDUROS, JJ., concur.**

---

[1] *See also In re McCoy*, 360 S.C. 425, 427, 602 S.E.2d 58, 59 (2004) (adopting the *Anders* procedure for alleged no-merit appeals in sexually violent predator involuntary commitment appeals).

[2] We decide this case without oral argument pursuant to Rule 215, SCACR.